**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 80 WAL 2022

            Respondent             :

                                :   Petition for Allowance of Appeal

                                :   from the Order of the Superior Court

            v.                 :

                                :

JARED ADAM SCHAFKOPF,        :

                                :

            Petitioner            :

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of October, 2022, the Application to File Supplement to Petition for Allowance of Appeal is **GRANTED.** The Petition for Allowance of Appeal is **DENIED**.